UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JENNIFER ALEXA, ET AL.,

        Plaintiff(s),        Case No. 22-13073

v.        Honorable Linda V. Parker

ANN ARBOR, CITY OF,        Magistrate Judge David R. Grand

        Defendant(s).
_____/

### ORDER OF RECUSAL AND REASSIGNMENT

    The undersigned has been assigned as the magistrate judge in this action. Upon review of the record, having found cause for recusal, and pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another magistrate judge for further proceedings.

Date: January 23, 2023

s/David R. Grand
David R. Grand
U.S. Magistrate Judge

---

Pursuant to this order, this case is reassigned to Magistrate Judge Anthony P. Patti.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: January 24, 2023

s/ S Schoenherr
Deputy Clerk