## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JENNIFER ALEXA, BRANDON
BOGGS, JEFF MALONE, TIM RUGG,

      Plaintiffs,

v.

CITY OF ANN ARBOR,

      Defendant.

Case No. 2:22-cv-13073

Hon. Linda V. Parker

| | |
|---|---|
| Noah S. Hurwitz (P74063) | Atleen Kaur (P66595) |
| Grant M. Vlahopoulos (P85633) | Jennifer A. Richards (P79962) |
| Kara F. Krause (P85487) | Matthew Thomas (P80686) |
| HURWITZ LAW PLLC | Ann Arbor City Attorney's Office |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| 340 Beakes St., Suite 125 | 301 E. Huron St., 3rd Floor |
| Ann Arbor, MI 48104 | Ann Arbor, MI 48104 |
| (844) 487-9489 | (734) 794-6170 |
| Noah@hurwitzlaw.com | akaur@a2gov.org |
| Grant@hurwitzlaw.com | jrichards@a2gov.org |
| Kara@hurwitzlaw.com | mthomas@a2gov.org |

## **STIPULATED ORDER TO EXTEND DEADLINES**

      WHEREAS, Plaintiffs Jennifer Alexa, Brandon Boggs, Jeff Malone, and Tim Rugg ("Plaintiffs") filed an Amended Complaint (ECF No. 11) on March 31, 2023,

      WHEREAS, Defendant City of Ann Arbor ("Defendant") filed a Motion for Partial Judgment on the Pleadings (ECF No. 14) on April 24, 2023,

1

WHEREAS, Plaintiffs and Defendant conferred and agreed to an extension of time to respond to Defendant's Motion (to May 29, 2023), and a corresponding extension of time to reply to Plaintiffs' Response (to June 12, 2023).

IT IS ORDERED that the deadline to respond to Defendant's Motion for Partial Judgment on the Pleadings (ECF No. 14) is extended to May 29, 2023, and the deadline to reply to Plaintiffs' Response is extended to June 12, 2023.

**IT IS SO ORDERED.**

                                            s/ Linda V. Parker
                                            LINDA V. PARKER
                                            U.S. DISTRICT JUDGE

Dated: May 15, 2023

Stipulated to by:

| | |
|---|---|
| /s/ *Noah Hurwitz* | /s/ *Matthew Thomas* |
| Noah S. Hurwitz (P74063) | Matthew Thomas (P80686) |
| Hurwitz Law PLLC | City Attorney's Office |
| Attorney for Plaintiffs | Attorney for Defendant |

Dated: May 15, 2023